# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ANTIONA PHILLIPS,**　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 162493**

**V.**　　　　　　　**CASE NO. 2:17-CV-00051 KGB/BD**

**WENDY KELLY, et al.**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.　Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.　Discussion:**

Plaintiff Antiona Phillips, an Arkansas Department of Correction ("ADC") inmate, was ordered to pay the $400 dollar filing fee or submit an application to proceed *in forma pauperis* within 30 days of April 3, 2017. (#3) To date, he has failed to comply with the Court's April 3, 2017 Order, and the time for doing so has passed. The Court specifically

cautioned Mr. Phillips that his claims could be dismissed if he failed to comply with the Court's Order.

### III. Conclusion:

Mr. Phillips's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's April 3, 2017 Order.

DATED this 5th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE