IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTIONA PHILLIPS　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC# 162493

v.　　　　　　　　　Case No. 2:17-cv-00051 KGB/BD

WENDY KELLEY; *et al.*　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 5). Plaintiff Antiona Phillips has not filed objections. After careful consideration of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 5). Therefore, Mr. Phillips' claims are dismissed without prejudice based on his failure to comply with the Court's April 3, 2017, Order.

So ordered this the 13th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　United States District Judge