IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANTIONA PHILLIPS**                                                                       **PLAINTIFF**
**ADC# 162493**

v.                      Case No. 2:17-cv-00051 KGB/BD

**WENDY KELLEY;** *et al.*                                                   **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this date, this action is dismissed without prejudice.

So adjudged this the 13th day of July, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge