IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ANTIONA PHILLIPS**     **PLAINTIFF**
**ADC# 162493**

v.     Case No. 2:17-cv-00051 KGB/BD

**WENDY KELLEY;** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, this action is dismissed without prejudice

So adjudged this the 1st day of September, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge